HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID RICE and ELIZABETH RICE,
individually and as a marital community; and
SETH DONAHUE, individually,

                        Plaintiffs,

v.

CITY OF ROY, a Washington municipality;
CHRIS JOHNSON, individually; and
DARWIN ARMITAGE, individually

                        Defendants.

NO. 3:20-CV-05223-RJB

STIPULATED MOTION AND ORDER
TO DISMISS CERTAIN CLAIMS

## **STIPULATION**

COME NOW the parties, by and through their counsel of record, and hereby stipulate to the dismissal without prejudice of plaintiffs' state law battery claims and plaintiffs' intentional infliction of emotional distress claims. Defendants agree not to seek costs against plaintiffs related to these dismissed claims.

STIPULATED MOTION AND ORDER TO
DISMISS CERTAIN CLAIMS
(3:20-cv-05223 RJB) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1   IT IS SO STIPULATED this 6th day of August, 2021.

2                    CHRISTIE LAW GROUP, PLLC

3                    By _____/s/ Ann E. Trivett_____
                        ANN E. TRIVETT, WSBA #39228
4                       Attorney for Defendants City Of Roy,
                          Chris Johnson, and Darwin Armitage
5                       2100 Westlake Avenue North, Suite 206
                        Seattle, WA  98109
6                       Telephone:  (206) 957-9669
                        Email: ann@christielawgroup.com
7

8                    LAW OFFICE OF DOUGLAS R. CLOUD

9                    By ____/s/ Douglas R. Cloud_____
                        DOUGLAS R. CLOUD, WSBA #13456
10                      Attorney for Plaintiffs
                        1008 Yakima Avenue, Suite 202
11                      Tacoma, WA 98405
                        Telephone: 253-627-1505
12                      Email: drc@dcloudlaw.com

13                              **O R D E R**

14   Based upon the foregoing Stipulation,

15       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' claims for

16   battery and intentional infliction of emotional distress are dismissed without prejudice.

17       DONE IN OPEN COURT this 9th day of August, 2021.

18

19                    _____

20                    ROBERT J. BRYAN
                      United States District Judge
21

22

STIPULATED MOTION AND ORDER TO
DISMISS CERTAIN CLAIMS
(3:20-cv-05223 RJB) - 2

Presented By:

CHRISTIE LAW GROUP, PLLC


By _____*/s/ Ann E. Trivett*_____
    ANN E. TRIVETT, WSBA #39228
    Attorney for Defendants City Of Roy,
        Chris Johnson, and Darwin Armitage
    2100 Westlake Avenue North, Suite 206
    Seattle, WA  98109
    Telephone:  (206) 957-9669
    Email:  ann@christielawgroup.com


Approved for Entry, Copy Received;
and Notice of Presentation Waived:

LAW OFFICE OF DOUGLAS R. CLOUD


By _____*/s/ Douglas R. Cloud*_____
    DOUGLAS R. CLOUD, WSBA #13456
    Attorney for Plaintiffs
    1008 Yakima Avenue, Suite 202
    Tacoma, WA 98405
    Telephone: 253-627-1505
    E-mail: drc@dcloudlaw.com

STIPULATED MOTION AND ORDER TO
DISMISS CERTAIN CLAIMS
(3:20-cv-05223 RJB) - 3

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669