UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID RICE and ELIZABETH RICE, individually and as a marital community, and SETH DONAHUE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROY, a Washington municipality, and CHRIS JOHNSON, individually,<br><br>Defendants. | CASE NO. 3:20-cv-05223 RJB<br><br>VERDICT FORM<br><br>*Original* |

We, the jury, unanimously find as follows:

1. On Plaintiff David Rice's excessive force claim, we find for

   __*Plaintiff*__
   (Write in "Plaintiff" or "Defendant Chris Johnson")

2. On Plaintiff Seth Donahue's excessive force claim, we find for

   __*Plaintiff*__
   (Write in "Plaintiff" or "Defendant Chris Johnson")

**Answer Question 3 only if you found for a plaintiff on Questions 1 and/or 2.**

3. On Plaintiffs' ratification claim against the City of Roy, we find for

   __*Plaintiff*__
   (Write in "Plaintiffs" or "Defendant City of Roy")

4. On Plaintiff David Rice's negligence claim we find for

   __Defendant Chris Johnson__
   (Write in "Plaintiff" or "Defendant Chris Johnson")

5. On Plaintiff Seth Donahue's negligence claim, we find for

   __Defendant Chris Johnson__
   (Write in "Plaintiff" or "Defendant Chris Johnson")

**Complete Questions 6 and 7 only if you found for Plaintiff on Question 4 and/or 5.**

6. On Defendants' claim of contributory negligence against Plaintiff David Rice, we find for

   _____
   (Write in "Plaintiff" or "Defendant Chris Johnson")

7. On Defendants' claim of contributory negligence against Plaintiff Seth Donahue, we find for

   _____
   (Write in "Plaintiff" or "Defendant Chris Johnson")

**Complete Questions 8 and 9 only if you found for the named plaintiff on Questions 1 and/or 2 and/or 4 and/or 5.**

8. We find that Plaintiff David Rice's total damages, not including punitive damages, if any, caused by the excessive force and/or negligence of Defendant Chris Johnson are

   $ __2,208,000__

9. We find that Plaintiff Seth Donahue's total damages, not including punitive damages, if any, caused by the excessive force and/or negligence of Defendant Chris Johnson are

   $ __1,049,000__

**Complete Questions 10 and 11 only if you found for the named plaintiff on Questions 1 & 2..**

10. We find that Plaintiff David Rice __Is Not__
    (write in "is" or "is not")

    awarded punitive damages, and fix the amount, if any, at

    $ __Zero__
    (write in an amount or "zero")

11. We find that Plaintiff Seth Donahue __Is Not__
    (write in "is" or "is not")

    awarded punitive damages, and fix the amount, if any, at

    $ __Zero__
    (write in an amount or "zero")

12. On Plaintiff Elizabeth Rice's consortium claim, we find her total consortium damages to be

    $ __Zero__

**Complete Questions 13 and 14 only if you found for Defendant Chris Johnson on Questions 6 and/or 7.**

13. Assume that 100% represents the total combined negligence that proximately caused Plaintiff David Rice's damages. What percentage of the parties' negligence is attributable to Mr. Rice?

    _____ %

14. Assume that 100% represents the total combined negligence that proximately caused Plaintiff Seth Donahue's damages. What percentage of the parties' negligence is attributable to Mr. Donahue?

    _____ %

Dated this 23 day of September, 2021.

████████████████████
Presiding Juror