UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID RICE and ELIZABETH RICE, individually and as a marital community; and SETH DONAHUE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROY, a Washington municipality, and CHRIS JOHNSON, individually,<br><br>Defendants. | CIVIL JUDGMENT<br><br>CASE NO. 3:20-cv-5223-RJB |

__X__   **Jury Verdict.**  This action came to consideration before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____   **Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of PLAINTIFF DAVID RICE against DEFENDANTS CHRIS JOHNSON and CITY OF ROY in the amount of $2,208,000.00 and in favor of

Judgment

PLAINTIFF SETH DONAHUE against DEFENDANTS CHRIS JOHNSON and CITY OF ROY in the amount of $1,049,000.00.

Dated this 27th day of September, 2021.

                                  Ravi Subramanian
                                  Clerk of Court

                                  s/Tyler Campbell
                                  Tyler Campbell, Deputy Clerk

Judgment