THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

DAVID RICE and ELIZABETH RICE, individually and as a marital community; and SETH DONAHUE, individually,

Plaintiffs,

v.

CITY OF ROY, a Washington municipality; CHRIS JOHNSON, individually; and DARWIN ARMITAGE, individually

Defendants.

NO. 3:20-cv-05223-RJB

NOTICE OF SETTLEMENT AND STIPULATED MOTION AND ORDER TO VACATE JURY VERDICT AND JUDGMENT

**STIPULATION**

COME NOW plaintiffs David Rice, Elizabeth Rice, and Seth Donahue and defendants City of Roy, Police Chief Darwin Armitage, and Police Officer Chris Johnson, by and through their undersigned counsel of record, and hereby notify the Court that the parties have reached a settlement in this matter.

The parties also hereby respectfully request that the Court enter an order vacating the juries' Verdict (dkt. # 180) and vacating the Civil Judgment entered against Chris Johnson and the City

1    of Roy (dkt. # 186).

2        IT IS SO STIPULATED this 24th day of November, 2021.

                     Attorney for Defendants City of Roy,
Chris Johnson, and Darwin Armitage

By      */s/ Ann E. Trivett*
    ANN E. TRIVETT, WSBA #39228
    CHRISTIE LAW GROUP, PLLC
    2100 Westlake Avenue North, Suite 206
    Seattle, WA 98109
    Telephone: (206) 957-9669
    Email: ann@christielawgroup.com

Attorneys for Plaintiffs

By      */s/ Jeremy M. Jessup*
    CHRISTOPHER B. DOLAN, Pro Hac Vice
    JEREMY M. JESSUP, WSBA #57504
    DOLAN LAW FIRM, PC
    1438 Market Street
    San Francisco, CA 95102
    Phone: 415-421-2800
    Email: chris@dolanlawfirm.com
    Jeremy.jessup@dolanlawfirm.com

By      */s/ Douglas R. Cloud*
    DOUGLAS R. CLOUD, WSBA #13456
    LAW OFFICE OF DOUGLAS R. CLOUD
    1008 Yakima Avenue, Suite 202
    Tacoma, WA 98405
    Telephone: 253-627-1505
    Email: drc@dcloudlaw.com

**O R D E R**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the juries' Verdict (dkt. # 180) and the Civil Judgment entered against Chris Johnson and the City of Roy (dkt. # 186) are hereby vacated.

DONE IN OPEN COURT/CHAMBERS this _____ day of _____, 2021.

_____
HONORABLE ROBERT J. BRYAN
United States District Court Judge

Presented By:

CHRISTIE LAW GROUP, PLLC

By       */s/ Ann E. Trivett*
    ANN E. TRIVETT, WSBA #39228
    Attorney for Defendants City of Roy,
        Chris Johnson, and Darwin Armitage
    2100 Westlake Avenue North, Suite 206
    Seattle, WA  98109
    Telephone:  (206) 957-9669
    Email:  ann@christielawgroup.com

Approved for Entry, Copy Received;
and Notice of Presentation Waived:


Attorneys for Plaintiffs


By       */s/ Jeremy M. Jessup*
    CHRISTOPHER B. DOLAN, Pro Hac Vice
    JEREMY M. JESSUP, WSBA #57504
    DOLAN LAW FIRM, PC

1 | 1438 Market Street
San Francisco, CA 95102
2 | Phone: 415-421-2800
Email: chris@dolanlawfirm.com
3 | Jeremy.jessup@dolanlawfirm.com

4

5 | By   */s/ Douglas R. Cloud*
DOUGLAS R. CLOUD, WSBA #13456
6 | LAW OFFICE OF DOUGLAS R. CLOUD
1008 Yakima Avenue, Suite 202
7 | Tacoma, WA 98405
Telephone: 253-627-1505
8 | Email: drc@dcloudlaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22